■ HERBERT STANFIELD, Appellant, v 444 ST. MARKS PLACE, INC., Respondent and Third-Party Plaintiff-Respondent, et al., Third-Party Defendants.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on or about February 21, 1991, unanimously affirmed for the reasons stated by Nardelli, J., with costs and with disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman and Kassal, JJ.